FILED
CLERK, U.S. DISTRICT COURT

10/5/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Christian Esteban Ortiz,<br><br>　　　　　Defendant. | Case No.: 5:22-cr-00155-SSS<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

　　　(×)　information in the Pretrial Services Report and Recommendation

　　　(×)　information in the violation petition and report(s)

　　　( )　the defendant's nonobjection to detention at this time

　　　(×)　other: __No available sureties; allegation of absconding; substance abuse__

1

1           and/ or

2   B. (×)    The defendant has not met his/her burden of establishing by clear and
3                convincing evidence that he/she is not likely to pose a danger to the safety
4                of any other person or the community if released under 18 U.S.C.
5                § 3142(b) or (c).  This finding is based on the following:

6                (×)    information in the Pretrial Services Report and Recommendation

7                (×)    information in the violation petition and report(s)

8                ( )    the defendant's nonobjection to detention at this time

9                (×)    other: <u>Alleged criminal conduct while on supervision; criminal</u>
10                        <u>history; substance abuse</u>

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further
12   revocation proceedings.

13

14   Dated: October 5, 2022

15                                   KENLY KIYA KATO
                                   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28